## JOSEPH CAMPAU
v.
## JOHN R. WILLIAMS

1807

### Journal Entries


1. Writ of error, return, record, etc., filed . . . *Journal, infra,* *p. 96
2. Appearance; rule to plead . . . . . . . . . . " 110
3. Rule to plead . . . . . . . . . . . . . . . " 129
4. Plea filed; replication . . . . . . . . . . . . " 138
5. Arguments heard . . . . . . . . . . . . . . " 152
6. Demurrer overruled . . . . . . . . . . . . . " 239
7. Dismissal . . . . . . . . . . . . . . . . " 240
8. Witness fees ordered paid . . . . . . . . . . . " 240

### Papers in S. C. File

1. Writ of error and return . . . . . . . . . . . . *Printed in Vol. 2*
2. Copy of district court record . . . . . . . . . . "
3. Assignment of errors; joinder . . . . . . . . . "
4. Agreement (in French) for arbitration . . . . . . . . . . .
5. Writ of habeas corpus and return . . . . . . . "
6. Plea in abatement . . . . . . . . . . . . . "
7. Demurrer . . . . . . . . . . . . . . "

### Papers in D. C. File

1. Capias and return . . . . . . . . . . . . . . . .
2. Plea of general issue . . . . . . . . . . . . . . .
3. Replication and issue . . . . . . . . . . . . . . .
4. Subpoena for Charles Moran . . . . . . . . . . . . .
5. Procedendo . . . . . . . . . . . . . . . *Printed in Vol. 2*